STUART T. ING #7284
ROBERT K. KEKUNA JR. #3838
Law Office of Stuart T. Ing
1330 Ala Moana Blvd. Ste 301
Honolulu, Hawaii  96814
Telephone No.:  (808) 521-6600 Fax No.: (808) 356-0256
Email: stuarti@lava.net

W. RICHARD ABELMANN #9158
Abelmann Law LLLC
1330 Ala Moana Blvd. Ste. 202
Honolulu, Hi 96814
Telephone No.: (808) 589-1010  Fax No.: (888) 797-7471
Email: rick@abelmannlaw.com

Attorneys for Plaintiff FRANCES KAPLAN-NYLEN

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| FRANCES  KAPLAN-NYLEN, | ) | CIVIL ACTION NO. 11-cv-00440-KSC |
| Plaintiff | ) | |
| v. | ) | |
| | ) | NOTICE OF DISMISSAL WITH |
| RICHARD J. BOUDREAU & ASSOCIATES, LLC, | ) | PREJUDICE |
| | ) | (Unlawful Debt Collection Practices) |
| Defendant. | ) | |
| | ) | Date:   November 17, 2011 |
| | ) | Time:   9:00AM |
| | ) | Judge:  Honorable Kevin S. Chang |

NOTICE OF DISMISSAL WITH PREJUDICE

Comes now Plaintiff FRANCES KAPLAN-NYLEN, by and through her attorneys, and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice the Complaint filed herein by Plaintiff on July 14, 2011, as to all claims against Defendant RICHARD

J. BOUDREAU &.ASSOCIATES, LLC.  There is no trial date set for this case.

DATED:  Honolulu, Hawaii, November 14, 2011

/s/ Stuart Ing

STUART T. ING
ROBERT K. KEKUNA JR.
W. RICHARD ABELMANN
Attorneys for Plaintiff FRANCES KAPLAN-NYLEN